**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

KEENAN ANDERSON,                    :    No. 152 WM 2018
                                    :
                Petitioner          :
                                    :
                                    :
                                    :
        v.                          :
                                    :
                                    :
                                    :
COURT OF COMMON PLEAS OF            :
BEAVER COUNTY,                      :
                                    :
                Respondent          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the "Affidavit of the Suspension of the Great Writ of Habeas Corpus" is DENIED.